19TH JUDICIAL DISTRICT COURT * PARISH OF EAST BATON ROUGE * STATE OF
LOUISIANA

CORHONDA CORLEY, in her own interest and
CORHONDA CORLEY on behalf of her minor son, C.C.

VERSUS NO. _____

EAST BATON ROUGE PARISH SCHOOL BOARD, DR. SITO NARCISSE, individually and
his official capacity as Superintendent of East Baton Rouge Parish Public School
System, DADRIUS LANUS, individually and in his official capacity as East Baton Rouge
Parish School Board member, LAMONT COLE, in his official capacity as
Superintendent of East Baton Rouge Parish School System, ADAM SMITH, in his
official capacity as Interim Superintendent of the East Baton Rouge Parish School
System, the EAST BATON ROUGE PARISH SHERIFF'S OFFICE, CAPTAIN RODNEY
WALKER, individually and in his official capacity of the East Baton Rouge Sheriff's
Office, and SHERIFF SID GEAUTHREUX, III, in his official capacity of the East Baton
Rouge Sheriff's Office, and JOHN DOE

Filed: _____          Section: _____ Div: _____
Signed: _____
**Deputy Clerk of Court**
*************************************************************************
PETITION FOR DAMAGES
*************************************************************************

NOW INTO COURT, through undersigned counsel, comes Petitioners, CORHONDA
CORLEY and her minor child, C.C.

1.

Petitioner, CORHONDA CORLEY, is a person of full age of majority and is domiciled in
East Baton Rouge Parish. C.C. is the minor child of Corhonda Corley and is domiciled in East
Baton Rouge Parish.

2.

Made Defendants herein are:

a.  EAST BATON ROUGE PARISH SCHOOL BOARD, ("EBRPSB") a body corporate with

    the capacity to sue and be sued, created by Article VIII, Section 9 of the

    Constitution of Louisiana and Louisiana Revised Statutes Title 17, section 51, and

    with its official domicile in the Parish of East Baton Rouge, State of Louisiana.

    EBRPSB is responsible for the acts and omissions alleged herein, and for the acts

    and omissions of those in its employ and is a proper party against whom relief

    may be enforced. EBRPSB is responsible for promulgating and enacting policies.

b.  DR. SITO NARCISSE, in his individual and official capacities, a person of full age of

    majority and, upon information and belief, a resident of the Parish of East Baton

1

Rouge, State of Louisiana. At all pertinent times, NARCISSE was the Superintendent of Schools of East Baton Rouge Parish, an office created by Article VIII, Section 9 of the Constitution of Louisiana and Louisiana Revised Statutes Title 17, section 54. He is responsible for the acts and omissions alleged herein and is a proper party against whom relief may be enforced. He was employed by EBRPSB.

c. DADRIUS LANUS, in his individual and official capacities, a person of full age of majority and, upon information and belief, a resident of the Parish of East Baton Rouge, State of Louisiana. At all pertinent times, Mr. Lanus was the Board President of East Baton Rouge Parish School Board. He is responsible for the acts and omissions alleged herein and is a proper party against whom relief may be enforced. He is employed by EBRPSB.

d. LAMONT COLE in his official capacity, a person of full age of majority and, upon information and belief, a resident of the Parish of East Baton Rouge, State of Louisiana. At all pertinent times, COLE is the current Superintendent of Schools of East Baton Rouge Parish, an office created by Article VIII, Section 9 of the Constitution of Louisiana and Louisiana Revised Statutes Title 17, section 54. He is responsible for the acts and omissions alleged herein and is a proper party against whom relief may be enforced. He is employed by EBRPSB.

e. ADAM SMITH, in his official capacity, a person of full age of majority and, upon information and belief, a resident of the Parish of East Baton Rouge, State of Louisiana. At all pertinent times, SMITH is or was the interim Superintendent of Schools of East Baton Rouge Parish, an office created by Article VIII, Section 9 of the Constitution of Louisiana and Louisiana Revised Statutes Title 17, section 54. He is responsible for the acts and omissions alleged herein and is a proper party against whom relief may be enforced. He is employed by EBRPSB.

f. EAST BATON ROUGE SHERIFF'S OFFICE, ("EBRPSO") a body corporate with the capacity to sue and be sued and domiciled in East Baton Rouge Parish, State of Louisiana.

g. CAPTAIN RODNEY WALKER is a person of full age of majority who, at all times relevant hereto, was employed as a deputy with the EBRPSO and employee of the

2

EBRPSB. He was on the scene and participated in the incident at 1050 S. Foster Dr. Baton Rouge, Louisiana 70806 described herein. He is sued individually and in his official capacity.

h. SHERIFF SID GAUTHREAUX, III is a person of full age of majority who, at all times relevant hereto, was employed as Sheriff with the EBRPSO and employee of the EBRPSB. He is sued in his official capacity.

i. JOHN DOE, are unknown but identifiable, persons of full age of majority and, at all times relevant hereto, were employed with the EAST BATON ROUGE PARISH SHERIFF'S OFFICE and planned, directed, supervised, had knowledge of, or were involved in the activities described herein. They include, but are not limited to, deputies of the East Baton Rouge Sheriff's Office. They are sued individually and in their official capacities.

3.

This court has jurisdiction over this matter according to La. Code of Civ. Pro. Art. 2315 *et seq.*

4.

Venue is proper in this matter according to La. Code of Civ. Pro. Art. 74 as East Baton Rouge Parish is the parish where the damages complained of herein were sustained.

5.

Defendants are liable to the Petitioners for the damages complained of herein for the following reasons, to wit:

6.

On June 29, 2023, Petitioner, Ms. Corley, attended a public school board meeting of the East Baton Rouge Parish School Board located at 1050 S. Foster Dr. Baton Rouge, Louisiana 70806. Ms. Corley provided public comments related to issues germane to the school board agenda.

7.

On July 13, 2023, Ms. Corley received a knock at her door by an unknown female purporting to be a member of law enforcement who advised she was attempting to serve papers upon Ms. Corley. Ms. Corley asked for the female's name, badge number, and which law enforcement agency she represented, of which the female failed to identify herself and

3

left the premises of Ms. Corley's residence. Ms. Corley did observe the female was in a grey Chevrolet Tahoe with a handicap tag in the windshield and law enforcement lights above the license plate. Ms. Corley took a photo of the female's vehicle. Ms. Corley did observe the female to be wearing an East Baton Rouge Sheriff's Office pin but did not have on a name badge nor did she have on her person what one would consider a standard issued service weapon.

8.

The following day on July 14, 2023, Ms. Corley reported the incident to law enforcement. Corporal Treylon Fisher of the East Baton Rouge Parish Sheriff's Office arrived at Ms. Corley's residence to conduct the investigation. According to the police report, Cpl. Fisher radioed into dispatch to inquire whether a sheriff's deputy was dispatched to Ms. Corley's residence on July 13, 2024. According to the police report, dispatch advised there was no record of a deputy being dispatched to Ms. Corley's residence on July 13, 2024. Ms. Corley showed a picture of the female's vehicle, which Cpl. Fisher advised, according to the police report, he was unable to read the license plate of the vehicle.

9.

On July 22, 2023, Petitioner, Ms. Corley, received via certified mail purportedly a letter from the East Baton Rouge Parish School Board dated July 6, 2023, alleging she made an inappropriate comment at the June 29, 2023, school board meeting. Further, the letter advised that Ms. Corley was under a pending criminal investigation and pending ban from school board meetings. It must be noted that at no point in time immediately after Ms. Corley's June 29, 2023, appearance at the school board meeting and to-date has Ms. Corley ever been contacted by a member of law enforcement for an interview or otherwise regarding an investigation into alleged inappropriate comments made at a school board meeting.

10.

Though the July 6, 2023, letter was signed by both Defendant Sito Narcisse, then Superintendent, and Defendant Dadrius Lanus both of the East Baton Rouge Parish School Board, the letter was on outdated East Baton Rouge Parish School System letterhead, the letter did not contain Ms. Corley's street address, nor did the letter contain Ms. Corley's city of residence nor her correct ZIP code. These factors coupled with a yet-to-be-identified

4

female purporting to be law member of law enforcement who failed to identify herself added to Ms. Corley's perception of lack of validity of the letter and outright harassment. Lastly, it must be noted that the East Baton Rouge Parish School System does not have a policy, process, or due process procedure regarding banning individuals from attending public school board meetings of the East Baton Rouge Parish School System. Further, there is no procedural due process or substantive due process procedure regarding a ban from attending a public school board meeting.

11.

On August 14, 2023, Ms. Corley attended an East Baton Rouge Parish School Board meeting. Less than five minutes of arriving at the East Baton Rouge Parish School Board office for the meeting, Ms. Corely was approached by Captain Rodney Walker who stated Ms. Corley is not to be on the premises. Captain Walker then began pushing Ms. Corley with one hand on Ms. Corley's arm and Captain Walker's other hand on Ms. Corley's back. Immediately Deputy Jordan Hilliard of the East Baton Rouge Parish Sheriff's Office joined Captain Walker and began pushing Ms. Corley in the same manner. The pushing was in a direction toward out of the building. It must be noted that Ms. Corley's minor child, C.C. was still inside the building while Ms. Corley was being pushed outside by the sheriff's deputies. Ms. Corley began inquiring of the whereabouts of her minor child, C.C.

12.

The pushing was then escalated by Captain Rodney Walker to Ms. Corley being thrown against a desk with her face pressed against the Plexi glass of the desk, which was against the wall.

13.

Upon being thrown on the desk, Captain Walker was joined by Deputy Jordan Hillard, another unknown white male deputy, and another unknown white female deputy. The white female deputy instructed Ms. Corley to keep calm and not resist. Ms. Corley inquired of the whereabouts of her minor son, C.C..

14.

Ms. Corley was then read her rights by Captain Rodney Walker and advised by Captain Walker she was being arrested for resisting arrest, disturbing the peace, and criminal trespassing.

5

15.

Ms. Corley was then escorted outside by Captain Rodney Walker and Deputy Jordan Hilliard. Once outside Ms. Corley was escorted to an unmarked sheriff's deputy vehicle with Deputy Hilliard remaining beside Ms. Corley. Ms. Corley then observed Captain Rodney Walker then walk over to another sheriff's deputy vehicle and come back with a letter and presented the letter to Ms. Corley and Deputy Jordan Hilliard.

16.

Ms. Corley remarked that the letter was not signed by Gwynn Shamlin, the East Baton Rouge Parish School System attorney, nor did the letter contain the address or other identifying information of Ms. Corley. With Deputy Jordan Hilliard still beside Ms. Corley, Ms. Corley heard Deputy Hilliard tell Captain Walker the letter did not contain Ms. Corley's information.

17.

Captain Walker then patted down Ms. Corley and asked for her identification. Ms. Corley advised her identification was in her vehicle, which was parked on the side of the school board building. Captain Walker inquired whether she could retrieve her identification from her vehicle to which Ms. Corley replied she did not feel comfortable being escorted to the side of the school board building while handcuffed.

18.

Afterwards, Deputy Hilliard then contacted dispatch to run Ms. Corley's name. Deputy Hilliard was then joined by Captain Walker, who both were then joined by school board member Cliff Lewis, and school board attorney Gwynn Shamlin.

19.

Subsequently, Ms. Corley heard Captain Walker instruct Deputy Hilliard to issue her a summons for criminal trespassing. Deputy Hilliard then removed the handcuffs and instructed Ms. Corley to do fingerprinting placing her fingerprint on the summons.

20.

Ms. Corley's detention and arrest took place for over an hour, significantly longer than what would normally be required to issue a summons.

6

21.

At no point in time did any law enforcement officer or school board member give Ms. Corley a warning to leave the premises upon arrival at the school board meeting but rather Ms. Corley was immediately pushed out of the building by sheriff's deputies.

22.

At several points during the detention and arrest of Ms. Corley, she inquired of the arresting law enforcement agent, East Baton Rouge Sheriff's Deputy Jordan Hilliard, the reason for her arrest.

23.

Ms. Corley remained in handcuffs for over an hour, well over the amount of time required to issue a summons, provide a single fingerprint on the summons, and release Ms. Corley to care for her minor child, C.C.

24.

Ms. Corley expressed to Deputies Jordan Hilliard and Rodney Walker numerous times her concerns about C.C.'s flight risk and the need for Ms. Corley to protect and secure him. During the time Ms. Corley was in handcuffs, she was not allowed to console her minor son, C.C. nor was she allowed to secure him to mitigate his flight risk having him remain in risk of harm or threat to himself.

25.

During the arrest and while in handcuffs, Ms. Corley sustained injuries to her hand and wrist which required treatment at her neighborhood urgent care facility. Further, as a result of the arrest, Ms. Corley's minor son, who is non-verbal, autistic and is a documented flight risk, began exhibiting behavior consistent with apprehension of fear and harmful and offensive contact, and angst such as running around and throwing himself against the building. Ms. Corley advised sheriff's deputies that her minor son, C.C., has special needs and requires constant supervision.

26.

7

Additionally, C.C., seeing his primary caregiver being detained and arrested by the East Baton Rouge Parish Sheriff's Office, has had to undergo and continues to undergo extensive treatment with a developmental behavioral physician and a pediatric neuropsychologist to manage the ongoing mental and emotional trauma as a result of the arrest. C.C. has displayed behaviors of bedwetting, throwing himself into walls, suddenly dropping down to his knees, yelling at hearing the words "police", "cops", "school", and "bus", inability to sleep, and inability to eat, behaviors of which were not present prior to Ms. Corley's wrongful arrest.

27.

To-date, no criminal proceedings have been lodged against Ms. Corley in any court of law.

28.

To-date due to the wrongful arrest of Ms. Corley, she and her minor child, C.C. have suffered and continue to suffer severe mental and emotional distress. Both Ms. Corley and her minor son, C.C. have undergone and continue to undergo mental health treatment as a result of this wrongful arrest.

29.

The actions of the East Baton Rouge Parish School Board and the East Baton Rouge Parish Sheriff's Office as outlined herein as well as subsequent events have all served as a means to harass Ms. Corley and her minor son, C.C., and bully and intimidate, Ms. Corley into not exercising her rights guaranteed under the United States Constitution and the laws of the state of Louisiana.

30.

On September 5, 2023, Ms. Corley received via email a letter from Dr. Sito Narcisse, then Superintendent of the East Baton Rouge Parish School System, stating in part that law enforcement completed the investigation and found no safety issues exist regarding public meetings of the East Baton Rouge Parish School Board. The letter further stated in part that the prohibition of her attendance at public school board meetings has been lifted. The letter was signed only by Defendant Sito Narcisse, Superintendent, and the space for Dadrius Lanus' signature was left blank.

31.

On October 10, 2023, Attorney Kimona Hogan sent a public records request on behalf of Petitioners, Ms. Corley and C.C. to Gwynn Shamlin, attorney for the EBRPSB, requesting in

8

part copies of any and all communications, such as emails, memos, or notes between staff, transportation personnel, and administrators regarding the transportation arrangements for the minor child, C.C. Mr. Shamlin's office responded on November 13, 2023, and included in the response was an employee statement dated October 24, 2023, alleging Ms. Corley used inappropriate language. On November 13, 2023, in response to the records that Ms. Hogan received, she emailed the EBRPSB members (namely school board members Mark Bellue, Dadrius Lanus, Carla Powell, Shoshonie Steward, Cliff Lewis, Nathan Rust, Mike Gaudet, Emily Chatelain, and Patrick Martin), Dr. Narcisse, Mr. Shamlin, and Ms. Toni Head stating concerns about the false and defamatory statements regarding Ms. Corley in the October 24, 2023, employee statement. Ms. Hogan pointed out in her response that not only was one of the records completely false and defamatory, she also attached a copy of the recording of the exact conversation referenced in the October 24, 2023. The recording contains no inappropriate, foul, or otherwise abusive language by Ms. Corley. This purported statement by this employee is one of several baseless allegations targeting Ms. Corley. This not only unfairly damages Ms. Corley's reputation within the community as a national disability rights advocate but also fosters an environment of distrust and misinformation between her, others of the community, and the school board.

32.

Made Defendants herein EAST BATON ROUGE PARISH SCHOOL BOARD, DR. SITO NARCISSE, DADRIUS LANUS, LAMONT COLE, ADAM SMITH, EAST BATON ROUGE PARISH SHERIFF'S OFFICE, CAPTAIN RODNEY WALKER, SHERIFF SID GEAUTHREUX, III, and JOHN DOE are answerable for the damages caused to Petitioners, CORHONDA CORLEY and her minor son, C.C. in that they knew, or in the exercise of reasonable care, should have known the egregious actions taken against the Petitioners would violate their Constitutional rights and would cause damages to the Petitioners.

33.

Petitioners, CORHONDA CORLEY and her minor son, C.C. allege the following general and specific damage for which they are entitled to recover in an amount calculated to adequately compensate each of them for the injuries and damages they sustained:

(a) Past and present medical expenses;

(b) Past and present physical pain and suffering and loss of function;

(c) Past and present mental anguish and emotional distress;

(d) Special care and services;

(e) Loss of enjoyment of life; and

(f) Partial disability.

34.

Petitioners, Ms. Corley and C.C. allege that additional violations may be uncovered upon a thorough review of discoverable evidence and thus reserve the right to amend the petition for further relief.

35.

WHEREFORE, Petitioners, CORHONDA CORLEY and minor child, C.C. pray that Defendants be duly cited and served with a copy of this Petition, to appear and answer the same, and after all legal delays and due proceedings are had, that there be judgment in favor of the Petitioners, and against the Defendants, EAST BATON ROUGE PARISH SCHOOL BOARD, DR. SITO NARCISSE, DADRIUS LANUS, LAMONT COLE, ADAM SMITH, EAST BATON ROUGE PARISH SHERIFF'S OFFICE, CAPTAIN RODNEY WALKER, SHERIFF SID GEAUTHREUX, III, and JOHN DOE in a full and true sum calculated to compensate Petitioners for their damages complained herein, along with legal interest thereon from the date of judicial demand, until paid in full, for all costs of these proceedings, and for all general and equitable relief and trial by jury.

Respectfully Submitted:

The Law Office of Taryn C. Branson, LLC

Taryn C. Branson LA Bar Roll #35673
Attorney for Petitioners
8550 United Plaza Blvd. Ste. 702
Baton Rouge, LA 70802
225.610.1088 | Phone
225.272.1938 | Fax
tbranson@tarynbranson.com | Email

10

**PLEASE SERVE:**

1. EAST BATON ROUGE PARISH SCHOOL BOARD
   Through its Attorney Gwynn Shamlin
   1050 S. Foster Dr.
   Baton Rouge, LA 70806

2. DR. SITO NARCISSE
   1050 S. Foster Dr.
   Baton Rouge, LA 70806

3. DADRIUS LANUS
   1050 S. Foster Dr.
   Baton Rouge, LA 70806

4. LAMONT COLE
   1050 S. Foster Dr.
   Baton Rouge, LA 70806

5. ADAM SMITH
   1050 S. Foster Dr.
   Baton Rouge, LA 70806

6. EAST BATON ROUGE SHERIFF'S OFFICE
   222 St. Louis St.
   Baton Rouge, LA 70802

7. Captain Rodney Walker
   222. St. Louis St.
   Baton Rouge, LA 70802

8. Sheriff Sid Gautreaux, III
   222. St. Louis St.
   Baton Rouge, LA 70802

11

EAST BATON ROUGE PARISH    C-752269
Filed Aug 14, 2024         23
Deputy Clerk of Court

# FAX

Taryn . Branson - Attorney at Law
225-610-1088
8550 United Plaza Blvd. Ste. 702
Baton Rouge, LA 70809
tbranson@tarynbranson.com

## TO:

Name: 19th JDC Clerk of Court

Fax Number: (225) 389-3392          # of Pages: 12

(including cover sheet)

## FROM:

Name: Taryn Branson

Fax Number: (225) 272-1938

**Subject:** Corely and other v. EBRPSB et al.

**Message:**

Dear Clerk,

Please find attached for filing the above referenced Petition for Damages. PLEASE HOLD service as waivers of service are anticipated.

Sincerely,

Taryn C. Branson

Sent with HumbleFax.com

TX Result Report

P  1
08/15/2024  08:43
Serial No.   AC75011000372
TC:   238832

| Addressee | Start Time | Time | Prints | Result | Note |
|-----------|-----------|------|--------|--------|------|
| 92721938 | 08-15 08:42 | 00:00:28 | 001/001 | OK | |

Note    TMB:Timer TX, POL:Polling, ORG:Original Size Setting, FME:Frame Erase TX,
DPR:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC,
FWD:Forward, PCIRC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
FCODE:F-code, MTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin,
IPADR:IP Address Fax, I-FAX:Internet Fax IP-FAX: IP-FAX(SIP)

Result    OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
TEL: RX from TEL, NG: Other Error, Cont: Continue, No Ans: No Answer,
Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOVR:Receiving length Over,
POVR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error,
DSN:DSN Response Error, PRINT:Compulsory Memory Document Print,
DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.



## Doug Welborn
Clerk of Court
19th Judicial District
Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

### FAX RECEIPT

**FROM: SUIT ACCOUNTING DEPARTMENT**                 Date: AUGUST 14, 2024

**FAX NUMBER: (225) 389-3392**                       Suit No.: C-752269

**To: TARYN C. BRANSON**                              Section: 23

**CORHONDA CORLEY, ET AL VS EAST BATON ROUGE PARISH SCHOOL BOARD, ET AL**

**Total Amount Due (Includes all applicable fees below) $551.00**

913-LETTER TO HOLD                                   1 PAGE
1002-PET- DAMAGES -CIV                               11 PAGES

The Clerk's office received the above mentioned documents by facsimile transmission dated 8/14/24, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3) A transmission fee of five dollars
13:841(A)(2)(a) First page of each pleading, six dollars
13:841(A)(2)(b) Each subsequent page, four dollars
13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Ayauna Collins*

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 09/26/14

Corhonda Corley et al.        * 19th JUDICIAL DISTRICT COURT

**VERSUS**                    * DOCKET NUMBER: 752269 Div 23

EBRPSB et al.                 * East Baton Rouge PARISH, LOUISIANA

*************************************************************

## In Forma Pauperis Affidavit

### All questions must be answered in full.

<u>Note</u>: Questions 2 and 3 should not be filled in if you are seeking protection from abuse.

1. **Your Full Name:** Corhonda Corley

   Social Security Number (Optional): _____  Date of Birth: 01/20/1980

   Age: 44                                              Sex: Female

2. **Address:** 8815 Wilmore Drive        Zachary, Louisiana        70791
   (Box Number or Street Address)    (City and State)          (Zip Code)
   (See Note above)

3. **Telephone Number(s):** (HOME) (225)6540671    (WORK) _____
   (See Note above)

4. **Are you a Student?** [✔] YES  [ ] NO   If yes, please indicate the name of the school you
   are attending: Sistah Midwife Doula Program    Enrollment Status: Part time

5. **Current Household:**
   Single: [✔]  Married: [ ]  Separated: [ ]  Divorced: [ ]  Widowed: [ ]  Intimate partner: [ ]
   How many children do you support who are under 18? 1
   How many children live with you? 1    Do you have any other dependents? No
   State the Name, Age and Relationship to you of the children and dependents:

   | NAME | AGE | RELATIONSHIP |
   |------|-----|--------------|
   | C. C | 10  | Biological son |
   |      |     |              |
   |      |     |              |
   |      |     |              |
   |      |     |              |

6. **What is your current Occupation?** homemaker    **Are you employed?** [ ] YES [✔] NO
   (If yes, please complete the following **Employer Information**)
   Name of Employer: N/A
   Address: _____
   (Street Address)        (City and State)        (Zip Code)
   Telephone Number: _____  How long have you been employed? _____

   (If you are not employed, please provide information of your **last employer**)
   Name of last employer: Grace Health and Rehab Center
   Address: 1181 LA- 19        Slaughter, Louisiana        70777
   (Street Address)        (City and State)        (Zip Code)
   How long have you been unemployed? 8 years
   What were your monthly wages? can't recall

7. **Gross Income:** (a) State your gross earned income from wages and how you are paid:
   Weekly? [ ]  Bi-Weekly? [ ]  Monthly? [ ]    Amount/month $ 0.00

   (b) Apart from income or support listed in response to question 8(b) below, how much other
   income do you receive on a monthly basis?                    $ _____

   (c) Monthly Deductions: Federal Income Tax: $ _____  FICA: $ _____  $ _____

   (d) Other deductions: (explain) _____

   **TOTAL NET MONTHLY INCOME:** (Add question 7 (a) + (b) less (c))    $ _____

Page 1 of 4

**8(a).** If you are married and live with a spouse, please answer:

Is your spouse employed?_____ What is the occupation of your spouse?_____

Is your spouse paid Weekly?☐ Bi-Weekly?☐ Monthly?☐ Amount/month $_____

Name of spouse's employer:_____

Address: _____

(Street Address)         (City and State)         (Zip Code)

Telephone Number: _____ How long has spouse been employed?_____

**8(b).** Do you or your spouse receive any of the following income or support?☑YES ☐NO

   If yes, state the monthly amount.  SSI: $_____ Disability: $ 837.00

   Worker's Comp: $_____ Unemployment Benefits: $_____

   Food Stamps: $ 280.00 _____ TANF: $_____ Child Support: $_____

   Spousal Support: $_____ Kinship Care Subsidy Grant: $_____ Other: $_____

**If you are a client of a legal services program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from a legal services program and have a combined income from questions 7 and 8 that is less than or equal to 125% of the federal poverty level, skip all parts of question 9, and continue with question 10 on the next page.**

**9.** Do you own or have an interest in any of the following? (Including community property)

**A.**

| | VALUE OF INTEREST | BALANCE OWED |
|---|---|---|
| HOUSE | $ | $ |
| AUTOMOBILE | $ | $ 6,497.82 |
| TRUCK | $ | $ |
| WATERCRAFT | $ | $ |
| LIVESTOCK | $ | $ |
| MACHINERY | $ | $ |
| STOCK | $ | |
| BONDS | $ | |
| CERTIFICATES OF DEPOSIT | $ | . . . |
| OTHER IMMOVABLE PROPERTY | Equity $ | Debt $ |

DO YOU HAVE A BANK ACCOUNT(S)?☑YES ☐NO Amount in account(s): $ 50.00

☑CHECKING ☐SAVINGS Name and Location of Bank: Chase Bank

**TOTAL VALUE OF ASSETS:** $_____

**B. i.** List your Monthly Expenses:

| | | |
|---|---|---|
| Rent: $ | Cable: $ | Car Note: $ 597.56 |
| Lot Rent: $ | Garbage: $ | Car Insurance: $ 191.43 |
| House Note: $ | Medical Insurance: $ | Transportation: $ |
| House Insurance: $ | Medical Expenses: $ 250.00 | Food: $ 200.00 |
| Gas: $ | Dental Expenses: $ | Barber/ Beauty: $ |
| Electricity: $ | Proscriptions: $ | Entertainment: $ |
| Water: $ | Life Insurance: $ 55.00 | Grooming Supplies: $ |
| Telephone: $ 388.63 | Daycare: $ | Garnishment: $ |
| Property Taxes: $ | Child Support: $ | Other: $ |

**Total Amount of section i:**                    $ 1,682.62

**ii. Credit cards:** (List type of card and monthly payment)

| Card Name | Monthly Payment |
|---|---|
| Home Depot | $ 50.00 |
| | $ |
| | $ |
| | $ |

**Total Amount of section ii:**            $ 50.00

**iii. Financial Loans:** (List the financial institution and your monthly payment)

| Financial Name | Monthly Payment |
|---|---|
| | |
| | |
| | |
| | |

**Total Amount of section iii:**            $0.00

**TOTAL MONTHLY EXPENSES:** (Add 9B (i+ii+iii) =Total Monthly Expenses) $ 1,732.62

10. **Does anyone regularly help you pay your expenses?**  ☑ YES ☐ NO
(a) If yes, state that person's name and relationship to you.
Name: Dave Corley                                    Relationship: Father
(b). Do you have any additional income or assets that are not shown above?  ☐ YES ☑ NO
     If you answered yes to either (a) or (b), please explain:

_____

_____

_____

11. **If you have an attorney, what arrangements have you made to pay your attorney's fee?**
    **What amount, if any, have you paid?** (You are required to answer fully.)
    Amount paid is zero. This arrangement is based on a contingency fee.

_____

12. **Has your attorney or the Notary Public told you that you may go to jail if you**
    **intentionally give a false answer to any of the above questions?** ☑ YES ☐ NO

## MOVER'S AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF** East Baton Rouge
_____

**BEFORE ME** the undersigned authority personally came and appeared:

Corhonda Corley
_____

who, after being duly sworn, deposed and said:

1. He/She provided the information above; that the information is furnished to the court for
   the purpose of requesting permission to litigate the above captioned lawsuit without
   paying the costs in advance or as they accrue or furnishing security therefor.

2. That the above information is a true and correct statement of his/her financial condition.

3. That the pleading and all allegations of fact therein are true and correct; and that
   because of his/her poverty and want of means, he/she is unable to pay the costs of court
   in advance or as they accrue, nor is he/she able to provide security therefor.

4. He/She has read and understands the privilege contained in the notice below.

## NOTICE

Although you may be granted the privilege of proceeding without prepayment of costs,
**SHOULD JUDGMENT BE RENDERED AGAINST YOU, YOUR STATUS AS A**
**PAUPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS.**

The privilege to proceed *IN FORMA PAUPERIS* is restricted to litigants who are clearly
entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise
would have to be paid, and the ability of the litigant to pay them or to furnish security therefor,
so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of
the benefit of proceeding *in forma pauperis* if he/she is entitled to do so.

_____
Mover's Signature

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in Baton Rouge
Louisiana, this 21 day of August, 2024.

_____
NOTARY PUBLIC

LA Bar Roll # 29673
My commission is for life

Page 3 of 4

# THIRD PARTY AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF** East Baton Rouge

      **BEFORE ME,** personally came and appeared: Dave Corley,
who, after being sworn, deposed and said that he/she knows Corhonda Corley
well and that he/she knows that because of his/her poverty and want of means, he/she is unable
to pay the costs of court in advance or as they accrue, nor is he/she able to provide bond therefor.

                                        _____
                                        Signature of Witness

      SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in Baton Rouge
Louisiana, this 20 day of August, 2024.

                               _____
                               NOTARY PUBLIC
               LA Bar Roll #35673
               My commission is for life

## LEGAL SERVICE PROGRAMS' DECLARATION

      **I ATTEST** that I am a duly authorized representative of a Legal Services Program funded
by the Legal Service Corporation or a Pro Bono Project that receives referrals from one of these
Legal Service Programs, and that _____ has produced evidence
that he/she receives public assistance benefits, or that he/she has qualified to receive free legal
services based on his/her income being less than or equal to 125% of the federal poverty level
and therefore is entitled to a rebuttable presumption that he/she is entitled to the privilege of
litigating without prior payment of costs.

                               _____
                          Legal Services Program or Pro Bono Project Representative

## ORDER

      **Considering the foregoing Pleading and Affidavits:**
let _____ prosecute or defend this litigation in accordance with
Louisiana Code of Civil Procedure, Article 5181, et. seq., without paying the costs in advance or
as they accrue or furnishing security therefor.

      **THUS, READ AND SIGNED,** this _____ day of _____, 20___, in
_____, Louisiana.

                               _____
                               DISTRICT JUDGE

# DENIED

EAST BATON ROUGE PARISH
Filed Aug 23 2024 5 PM
Deputy Clerk of Court
FAX Received Aug 14, 2024

C-752269

23-008123JWD-SDJ     Document 1-3     09/30/24     Page 18 of 76

### 19TH JUDICIAL DISTRICT COURT * PARISH OF EAST BATON ROUGE * STATE OF LOUISIANA

**CORHONDA CORLEY, in her own interest and**
**CORHONDA CORLEY on behalf of her minor son, C.C.**

**VERSUS NO. _____**

**EAST BATON ROUGE PARISH SCHOOL BOARD, DR. SITO NARCISSE, individually and his official capacity as Superintendent of East Baton Rouge Parish Public School System, DADRIUS LANUS, individually and in his official capacity as East Baton Rouge Parish School Board member, LAMONT COLE, in his official capacity as Superintendent of East Baton Rouge Parish School System, ADAM SMITH, in his official capacity as Interim Superintendent of the East Baton Rouge Parish School System, the EAST BATON ROUGE PARISH SHERIFF'S OFFICE, CAPTAIN RODNEY WALKER, individually and in his official capacity of the East Baton Rouge Sheriff's Office, and SHERIFF SID GEAUTHREUX, III, in his official capacity of the East Baton Rouge Sheriff's Office, and JOHN DOE**

**Filed: _____          Section: _____ Div: _____**
**Signed: _____**
**Deputy Clerk of Court**
**********************************************************************************************
### PETITION FOR DAMAGES
**********************************************************************************************

NOW INTO COURT, through undersigned counsel, comes Petitioners, CORHONDA CORLEY and her minor child, C.C.

1.

Petitioner, CORHONDA CORLEY, is a person of full age of majority and is domiciled in East Baton Rouge Parish. C.C. is the minor child of Corhonda Corley and is domiciled in East Baton Rouge Parish.

2.

Made Defendants herein are:

a. EAST BATON ROUGE PARISH SCHOOL BOARD, ("EBRPSB") a body corporate with the capacity to sue and be sued, created by Article VIII, Section 9 of the Constitution of Louisiana and Louisiana Revised Statutes Title 17, section 51, and with its official domicile in the Parish of East Baton Rouge, State of Louisiana. EBRPSB is responsible for the acts and omissions alleged herein, and for the acts and omissions of those in its employ and is a proper party against whom relief may be enforced. EBRPSB is responsible for promulgating and enacting policies.

b. DR. SITO NARCISSE, in his individual and official capacities, a person of full age of majority and, upon information and belief, a resident of the Parish of East Baton

Rouge, State of Louisiana. At all pertinent times, NARCISSE was the Superintendent of Schools of East Baton Rouge Parish, an office created by Article VIII, Section 9 of the Constitution of Louisiana and Louisiana Revised Statutes Title 17, section 54.  He is responsible for the acts and omissions alleged herein and is a proper party against whom relief may be enforced. He was employed by EBRPSB.

c. DADRIUS LANUS, in his individual and official capacities, a person of full age of majority and, upon information and belief, a resident of the Parish of East Baton Rouge, State of Louisiana. At all pertinent times, Mr. Lanus was the Board President of East Baton Rouge Parish School Board.  He is responsible for the acts and omissions alleged herein and is a proper party against whom relief may be enforced. He is employed by EBRPSB.

d. LAMONT COLE in his official capacity, a person of full age of majority and, upon information and belief, a resident of the Parish of East Baton Rouge, State of Louisiana. At all pertinent times, COLE is the current Superintendent of Schools of East Baton Rouge Parish, an office created by Article VIII, Section 9 of the Constitution of Louisiana and Louisiana Revised Statutes Title 17, section 54.  He is responsible for the acts and omissions alleged herein and is a proper party against whom relief may be enforced. He is employed by EBRPSB.

e. ADAM SMITH, in his official capacity, a person of full age of majority and, upon information and belief, a resident of the Parish of East Baton Rouge, State of Louisiana. At all pertinent times, SMITH is or was the interim Superintendent of Schools of East Baton Rouge Parish, an office created by Article VIII, Section 9 of the Constitution of Louisiana and Louisiana Revised Statutes Title 17, section 54. He is responsible for the acts and omissions alleged herein and is a proper party against whom relief may be enforced. He is employed by EBRPSB.

f. EAST BATON ROUGE SHERIFF'S OFFICE, ("EBRPSO") a body corporate with the capacity to sue and be sued and domiciled in East Baton Rouge Parish, State of Louisiana.

g. CAPTAIN RODNEY WALKER is a person of full age of majority who, at all times relevant hereto, was employed as a deputy with the EBRPSO and employee of the

EBRPSB. IIe was on the scene and participated in the incident at 1050 S. Foster Dr. Baton Rouge, Louisiana 70806 described herein. He is sued individually and in his official capacity.

h. SHERIFF SID GAUTHREAUX, III is a person of full age of majority who, at all times relevant hereto, was employed as Sheriff with the EBRPSO and employee of the EBRPSB. He is sued in his official capacity.

i. JOHN DOE, are unknown but identifiable, persons of full age of majority and, at all times relevant hereto, were employed with the EAST BATON ROUGE PARISH SHERIFF'S OFFICE and planned, directed, supervised, had knowledge of, or were involved in the activities described herein. They include, but are not limited to, deputies of the East Baton Rouge Sheriff's Office. They are sued individually and in their official capacities.

3.

This court has jurisdiction over this matter according to La. Code of Civ. Pro. Art. 2315 *et seq.*

4.

Venue is proper in this matter according to La. Code of Civ. Pro. Art. 74 as East Baton Rouge Parish is the parish where the damages complained of herein were sustained.

5.

Defendants are liable to the Petitioners for the damages complained of herein for the following reasons, to wit:

6.

On June 29, 2023, Petitioner, Ms. Corley, attended a public school board meeting of the East Baton Rouge Parish School Board located at 1050 S. Foster Dr. Baton Rouge, Louisiana 70806. Ms. Corley provided public comments related to issues germane to the school board agenda.

7.

On July 13, 2023, Ms. Corley received a knock at her door by an unknown female purporting to be a member of law enforcement who advised she was attempting to serve papers upon Ms. Corley. Ms. Corley asked for the female's name, badge number, and which law enforcement agency she represented, of which the female failed to identify herself and

3

left the premises of Ms. Corley's residence. Ms. Corley did observe the female was in a grey Chevrolet Tahoe with a handicap tag in the windshield and law enforcement lights above the license plate. Ms. Corley took a photo of the female's vehicle. Ms. Corley did observe the female to be wearing an East Baton Rouge Sheriff's Office pin but did not have on a name badge nor did she have on her person what one would consider a standard issued service weapon.

8.

The following day on July 14, 2023, Ms. Corley reported the incident to law enforcement. Corporal Treylon Fisher of the East Baton Rouge Parish Sheriff's Office arrived at Ms. Corley's residence to conduct the investigation. According to the police report, Cpl. Fisher radioed into dispatch to inquire whether a sheriff's deputy was dispatched to Ms. Corley's residence on July 13, 2024. According to the police report, dispatch advised there was no record of a deputy being dispatched to Ms. Corley's residence on July 13, 2024. Ms. Corley showed a picture of the female's vehicle, which Cpl. Fisher advised, according to the police report, he was unable to read the license plate of the vehicle.

9.

On July 22, 2023, Petitioner, Ms. Corley, received via certified mail purportedly a letter from the East Baton Rouge Parish School Board dated July 6, 2023, alleging she made an inappropriate comment at the June 29, 2023, school board meeting. Further, the letter advised that Ms. Corley was under a pending criminal investigation and pending ban from school board meetings. It must be noted that at no point in time immediately after Ms. Corley's June 29, 2023, appearance at the school board meeting and to-date has Ms. Corley ever been contacted by a member of law enforcement for an interview or otherwise regarding an investigation into alleged inappropriate comments made at a school board meeting.

10.

Though the July 6, 2023, letter was signed by both Defendant Sito Narcisse, then Superintendent, and Defendant Dadrius Lanus both of the East Baton Rouge Parish School Board, the letter was on outdated East Baton Rouge Parish School System letterhead, the letter did not contain Ms. Corley's street address, nor did the letter contain Ms. Corley's city of residence nor her correct ZIP code. These factors coupled with a yet-to-be-identified

4

female purporting to be law member of law enforcement who failed to identify herself added to Ms. Corley's perception of lack of validity of the letter and outright harassment. Lastly, it must be noted that the East Baton Rouge Parish School System does not have a policy, process, or due process procedure regarding banning individuals from attending public school board meetings of the East Baton Rouge Parish School System. Further, there is no procedural due process or substantive due process procedure regarding a ban from attending a public school board meeting.

11.

On August 14, 2023, Ms. Corley attended an East Baton Rouge Parish School Board meeting. Less than five minutes of arriving at the East Baton Rouge Parish School Board office for the meeting, Ms. Corely was approached by Captain Rodney Walker who stated Ms. Corley is not to be on the premises. Captain Walker then began pushing Ms. Corley with one hand on Ms. Corley's arm and Captain Walker's other hand on Ms. Corley's back. Immediately Deputy Jordan Hilliard of the East Baton Rouge Parish Sheriff's Office joined Captain Walker and began pushing Ms. Corley in the same manner. The pushing was in a direction toward out of the building. It must be noted that Ms. Corley's minor child, C.C. was still inside the building while Ms. Corley was being pushed outside by the sheriff's deputies. Ms. Corley began inquiring of the whereabouts of her minor child, C.C.

12.

The pushing was then escalated by Captain Rodney Walker to Ms. Corley being thrown against a desk with her face pressed against the Plexi glass of the desk, which was against the wall.

13.

Upon being thrown on the desk, Captain Walker was joined by Deputy Jordan Hillard, another unknown white male deputy, and another unknown white female deputy. The white female deputy instructed Ms. Corley to keep calm and not resist. Ms. Corley inquired of the whereabouts of her minor son, C.C..

14.

Ms. Corley was then read her rights by Captain Rodney Walker and advised by Captain Walker she was being arrested for resisting arrest, disturbing the peace, and criminal trespassing.

15.

Ms. Corley was then escorted outside by Captain Rodney Walker and Deputy Jordan Hilliard. Once outside Ms. Corley was escorted to an unmarked sheriff's deputy vehicle with Deputy Hilliard remaining beside Ms. Corley. Ms. Corley then observed Captain Rodney Walker then walk over to another sheriff's deputy vehicle and come back with a letter and presented the letter to Ms. Corley and Deputy Jordan Hilliard.

16.

Ms. Corley remarked that the letter was not signed by Gwynn Shamlin, the East Baton Rouge Parish School System attorney, nor did the letter contain the address or other identifying information of Ms. Corley. With Deputy Jordan Hilliard still beside Ms. Corley, Ms. Corley heard Deputy Hilliard tell Captain Walker the letter did not contain Ms. Corley's information.

17.

Captain Walker then patted down Ms. Corley and asked for her identification. Ms. Corley advised her identification was in her vehicle, which was parked on the side of the school board building. Captain Walker inquired whether she could retrieve her identification from her vehicle to which Ms. Corley replied she did not feel comfortable being escorted to the side of the school board building while handcuffed.

18.

Afterwards, Deputy Hilliard then contacted dispatch to run Ms. Corley's name. Deputy Hilliard was then joined by Captain Walker, who both were then joined by school board member Cliff Lewis, and school board attorney Gwynn Shamlin.

19.

Subsequently, Ms. Corley heard Captain Walker instruct Deputy Hilliard to issue her a summons for criminal trespassing. Deputy Hilliard then removed the handcuffs and instructed Ms. Corley to do fingerprinting placing her fingerprint on the summons.

20.

Ms. Corley's detention and arrest took place for over an hour, significantly longer than what would normally be required to issue a summons.

21.

At no point in time did any law enforcement officer or school board member give Ms. Corley a warning to leave the premises upon arrival at the school board meeting but rather Ms. Corley was immediately pushed out of the building by sheriff's deputies.

22.

At several points during the detention and arrest of Ms. Corley, she inquired of the arresting law enforcement agent, East Baton Rouge Sheriff's Deputy Jordan Hilliard, the reason for her arrest.

23.

Ms. Corley remained in handcuffs for over an hour, well over the amount of time required to issue a summons, provide a single fingerprint on the summons, and release Ms. Corley to care for her minor child, C.C.

24.

Ms. Corley expressed to Deputies Jordan Hilliard and Rodney Walker numerous times her concerns about C.C.'s flight risk and the need for Ms. Corley to protect and secure him. During the time Ms. Corley was in handcuffs, she was not allowed to console her minor son, C.C. nor was she allowed to secure him to mitigate his flight risk having him remain in risk of harm or threat to himself.

25.

During the arrest and while in handcuffs, Ms. Corley sustained injuries to her hand and wrist which required treatment at her neighborhood urgent care facility. Further, as a result of the arrest, Ms. Corley's minor son, who is non-verbal, autistic and is a documented flight risk, began exhibiting behavior consistent with apprehension of fear and harmful and offensive contact, and angst such as running around and throwing himself against the building. Ms. Corley advised sheriff's deputies that her minor son, C.C., has special needs and requires constant supervision.

26.

Additionally, C.C., seeing his primary caregiver being detained and arrested by the East Baton Rouge Parish Sheriff's Office, has had to undergo and continues to undergo extensive treatment with a developmental behavioral physician and a pediatric neuropsychologist to manage the ongoing mental and emotional trauma as a result of the arrest. C.C. has displayed behaviors of bedwetting, throwing himself into walls, suddenly dropping down to his knees, yelling at hearing the words "police", "cops", "school", and "bus", inability to sleep, and inability to eat, behaviors of which were not present prior to Ms. Corley's wrongful arrest.

27.

To-date, no criminal proceedings have been lodged against Ms. Corley in any court of law.

28.

To-date due to the wrongful arrest of Ms. Corley, she and her minor child, C.C. have suffered and continue to suffer severe mental and emotional distress. Both Ms. Corley and her minor son, C.C. have undergone and continue to undergo mental health treatment as a result of this wrongful arrest.

29.

The actions of the East Baton Rouge Parish School Board and the East Baton Rouge Parish Sheriff's Office as outlined herein as well as subsequent events have all served as a means to harass Ms. Corley and her minor son, C.C., and bully and intimidate, Ms. Corley into not exercising her rights guaranteed under the United States Constitution and the laws of the state of Louisiana.

30.

On September 5, 2023, Ms. Corley received via email a letter from Dr. Sito Narcisse, then Superintendent of the East Baton Rouge Parish School System, stating in part that law enforcement completed the investigation and found no safety issues exist regarding public meetings of the East Baton Rouge Parish School Board. The letter further stated in part that the prohibition of her attendance at public school board meetings has been lifted. The letter was signed only by Defendant Sito Narcisse, Superintendent, and the space for Dadrius Lanus' signature was left blank.

31.

On October 10, 2023, Attorney Kimona Hogan sent a public records request on behalf of Petitioners, Ms. Corley and C.C. to Gwynn Shamlin, attorney for the EBRPSB, requesting in

part copies of any and all communications, such as emails, memos, or notes between staff, transportation personnel, and administrators regarding the transportation arrangements for the minor child, C.C. Mr. Shamlin's office responded on November 13, 2023, and included in the response was an employee statement dated October 24, 2023, alleging Ms. Corley used inappropriate language. On November 13, 2023, in response to the records that Ms. Hogan received, she emailed the EBRPSB members (namely school board members Mark Bellue, Dadrius Lanus, Carla Powell, Shoshonie Steward, Cliff Lewis, Nathan Rust, Mike Gaudet, Emily Chatelain, and Patrick Martin), Dr. Narcisse, Mr. Shamlin, and Ms. Toni Head stating concerns about the false and defamatory statements regarding Ms. Corley in the October 24, 2023, employee statement. Ms. Hogan pointed out in her response that not only was one of the records completely false and defamatory, she also attached a copy of the recording of the exact conversation referenced in the October 24, 2023. The recording contains no inappropriate, foul, or otherwise abusive language by Ms. Corley. This purported statement by this employee is one of several baseless allegations targeting Ms. Corley. This not only unfairly damages Ms. Corley's reputation within the community as a national disability rights advocate but also fosters an environment of distrust and misinformation between her, others of the community, and the school board.

32.

Made Defendants herein EAST BATON ROUGE PARISH SCHOOL BOARD, DR. SITO NARCISSE, DADRIUS LANUS, LAMONT COLE, ADAM SMITH, EAST BATON ROUGE PARISH SHERIFF'S OFFICE, CAPTAIN RODNEY WALKER, SHERIFF SID GEAUTHREUX, III, and JOHN DOE are answerable for the damages caused to Petitioners, CORHONDA CORLEY and her minor son, C.C. in that they knew, or in the exercise of reasonable care, should have known the egregious actions taken against the Petitioners would violate their Constitutional rights and would cause damages to the Petitioners.

33.

Petitioners, CORHONDA CORLEY and her minor son, C.C. allege the following general and specific damage for which they are entitled to recover in an amount calculated to adequately compensate each of them for the injuries and damages they sustained:

(a)  Past and present medical expenses;

(b)  Past and present physical pain and suffering and loss of function;

(c) Past and present mental anguish and emotional distress;

(d) Special care and services;

(e) Loss of enjoyment of life; and

(f) Partial disability.


34.

Petitioners, Ms. Corley and C.C. allege that additional violations may be uncovered upon a thorough review of discoverable evidence and thus reserve the right to amend the petition for further relief.

35.

WHEREFORE, Petitioners, CORHONDA CORLEY and minor child, C.C. pray that Defendants be duly cited and served with a copy of this Petition, to appear and answer the same, and after all legal delays and due proceedings are had, that there be judgment in favor of the Petitioners, and against the Defendants, EAST BATON ROUGE PARISH SCHOOL BOARD, DR. SITO NARCISSE, DADRIUS LANUS, LAMONT COLE, ADAM SMITH, EAST BATON ROUGE PARISH SHERIFF'S OFFICE, CAPTAIN RODNEY WALKER, SHERIFF SID GEAUTHREUX, III, and JOHN DOE in a full and true sum calculated to compensate Petitioners for their damages complained herein, along with legal interest thereon from the date of judicial demand, until paid in full, for all costs of these proceedings, and for all general and equitable relief and trial by jury.


Respectfully Submitted:

**The Law Office of Taryn C. Branson, LLC**


_____
Taryn C. Branson LA Bar Roll #35673
Attorney for Petitioners
8550 United Plaza Blvd. Ste. 702
Baton Rouge, LA 70802
225.610.1088 | Phone
225.272.1938 | Fax
tbranson@tarynbranson.com | Email

**PLEASE SERVE:**

1. EAST BATON ROUGE PARISH SCHOOL BOARD
   Through its Attorney Gwynn Shamlin
   1050 S. Foster Dr.
   Baton Rouge, LA 70806

2. DR. SITO NARCISSE
   1050 S. Foster Dr.
   Baton Rouge, LA 70806

3. DADRIUS LANUS
   1050 S. Foster Dr.
   Baton Rouge, LA 70806

4. LAMONT COLE
   1050 S. Foster Dr.
   Baton Rouge, LA 70806

5. ADAM SMITH
   1050 S. Foster Dr.
   Baton Rouge, LA 70806

6. EAST BATON ROUGE SHERIFF'S OFFICE
   222 St. Louis St.
   Baton Rouge, LA 70802

7. Captain Rodney Walker
   222. St. Louis St.
   Baton Rouge, LA 70802

8. Sheriff Sid Gautreaux, III
   222. St. Louis St.
   Baton Rouge, LA 70802

**RETURN COPY**



D14909956

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL BOARD, ET AL**
(Defendant)

**NUMBER C-752269  "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   LAMONT COLE**
**1050 S. FOSTER DRIVE**
**BATON ROUGE, LA 70806**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1.  **21 DAYS** of the date you were served with the petition; **OR**
2.  **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

8 15/ /pr

**SERVICE INFORMATION:**

Received on the 6th day of September, 20 24 and on the 9th day of September, 20 ___, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at 1050 S. Foster Dr. (Tone Head)

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20 ___.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

*Rudolph Hyde* 5/25D
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 0 5 2024

**RETURN COPY**



**D14909964**

# CITATION

CORHONDA CORLEY, ET AL
(Plaintiff)

VS

EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL
(Defendant)

NUMBER C-752269  "23"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    **EAST BATON ROUGE PARISH SCHOOL BOARD**
**THROUGH ATTORNEY:**
**GWYNN SHAMLIN**
**1015 S. FOSTER DRIVE**
**BATON ROUGE,  LA 70806**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: **BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

---

**SERVICE INFORMATION:**

Received on the _9_ day of _SEPT_ , 20_24_ and on the _9_ day of _SEPT_ , 20_24_ , served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _1050 S FOSTER_

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____ .

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____ .

**DUE AND DILIGENT:**     After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _9_ day of _SEPT_ , 20_24_

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 05 2024

*204*

**RETURN COPY**

D14909980

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL**
(Defendant)

**NUMBER C-752269  "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:    **DR. SITO NARCISSE
1050 S. FOSTER DRIVE
BATON ROUGE,  LA 70806**

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

---

**SERVICE INFORMATION:**

Received on the _0__ day of _September_, 20 _24_ and on the _9th_ day of _September_, 20 _24_, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _1050 S. Foster_ (Tori Head)

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**        After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _9th_ day of _September_, 20 _24_

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_Rudolph Hyde 51250_
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 0 5 2024

**RETURN COPY**

*204*

D14909972

# CITATION

CORHONDA CORLEY, ET AL
(Plaintiff)

VS

EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL
(Defendant)

NUMBER C-752269  "23"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  DADRIUS LANUS
     1050 S. FOSTER DRIVE
     BATON ROUGE, LA 70806

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: BRANSON, TARYN C.
*The following documents are attached:
**PETITION FOR DAMAGES**

*815*

**SERVICE INFORMATION:**

Received on the 6th day of September, 20 24 and on the 9th day of September, 20 24, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at 1050 S. Foster (Tori Head)

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this 9th day of September, 20 24.

*Rudolph Hyde 51250*
Deputy Sheriff
Parish of East Baton Rouge

SERVICE:$_____
MILEAGE:$_____
TOTAL:  $_____

CITATION-2000

Certified True and
Correct Copy
CertID: 2024093000802
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
9/30/2024 3:34 PM

RECEIVED
East Baton Rouge Sheriff Office
SEP 0 5 2024

**Certified True and
Correct Copy**
CertID: 2024093000802
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

**RETURN COPY**

*204*



D14909998

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL BOARD, ET AL**
(Defendant)

**NUMBER C-752269  "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:    ADAM SMITH**
        **1050 S. FOSTER DRIVE**
        **BATON ROUGE,  LA 70806**

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:

1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: BRANSON, TARYN C.
\*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the 6th day of September, 20 24 and on the 9th day of September, 20 24, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at 1050 S. Foster Dr. (Torii Head)

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this 9th day of September, 20 24.

SERVICE:$_____
MILEAGES$_____
TOTAL:   $_____

*Rudolph Hyde 51250*

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office

SEP 0 5 2024

**RETURN COPY**



**D14910038**

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL**
(Defendant)

**NUMBER C-752269  "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:    EAST BATON ROUGE SHERIFFS OFFICE
222 ST. LOUIS STREET
BATON ROUGE,  LA 70802**

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

---

**SERVICE INFORMATION:**                                            O 1315

Received on the 5 day of Sept, 20 24 and on the 5th day of Sept, 20 24, served on the above named party as follows:

~~PERSONAL SERVICE:~~ On the party herein named at The Comerica Place (atty Mary Etherton)

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**      After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this 5th day of Sept, 20 24.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office

SEP 0 4 2024

**RETURN COPY**



D14910020

# CITATION

| | |
|---|---|
| **CORHONDA CORLEY, ET AL**<br>(Plaintiff) | **NUMBER C-752269  "23"** |
| | |
| **VS** | **19TH JUDICIAL DISTRICT COURT** |
| | |
| **EAST BATON ROUGE PARISH SCHOOL**<br>**BOARD, ET AL**<br>(Defendant) | **PARISH OF EAST BATON ROUGE** |
| | **STATE OF LOUISIANA** |

TO:   **CAPT. RODNEY WALKER**
      **222 ST. LOUIS STREET**
      **BATON ROUGE,  LA 70802**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: **BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the ____ day of _____, 20__ and on the ____ day of _____, 20__ served on the above named party as follows:  @ 1315 Hrs.
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20__

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 0 4 2024

**RETURN COPY**



D14910046

# CITATION

CORHONDA CORLEY, ET AL
(Plaintiff)

NUMBER C-752269  "23"

VS

19TH JUDICIAL DISTRICT COURT

EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL
(Defendant)

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    SHERIFF SID GAUTREAUX III
       222 ST. LOUIS STREET
       BATON ROUGE,  LA 70802

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: **BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**                    C 1315 HZS

Received on the _____ day of _____, 20 24 and on the _____ day of _____, 20 24 , served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20 24

SERVICE:$_____
MILEAGE$_____
TOTAL:   $_____              Deputy Sheriff
                                 Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 0 4 2024

**RETURN COPY**



D14910020

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL**
(Defendant)

**NUMBER C-752269   "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   CAPT. RODNEY WALKER
222 ST. LOUIS STREET
BATON ROUGE,  LA 70802**

GREETINGS:

      Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

      Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

      If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

@ 1315 HRS.

Received on the ____ day of _____, 20__ and on the ____ day of _____, 20__ served on the above named party as follows: _____
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20__

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 0 4 2024

**RETURN COPY**



D14910038

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL BOARD, ET AL**
(Defendant)

**NUMBER C-752269 "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   EAST BATON ROUGE SHERIFFS OFFICE**
**222 ST. LOUIS STREET**
**BATON ROUGE,  LA 70802**

GREETINGS:

        Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

        Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1.  **21 DAYS** of the date you were served with the petition; **OR**
2.  **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

        If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

SERVICE INFORMATION:                                    O 1315

Received on the 5 day of _____, 20 24 and on the ___ day of _____, 20___ served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**       After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ___ day of _____, 20 24.

SERVICE: $_____
MILEAGE: $_____
TOTAL:   $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office

SEP 0 4 2024

**RETURN COPY**



D14910046

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL BOARD, ET AL**
(Defendant)

**NUMBER C-752269  "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:  SHERIFF SID GAUTREAUX III**
       **222 ST. LOUIS STREET**
       **BATON ROUGE,  LA 70802**

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
\*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

C 1315 HS

Received on the ___ day of _____, 20___ and on the ___ day of _____, 20___, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____
DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.
DUE AND DILIGENT:      After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
RETURNED: Parish of East Baton Rouge, this ___ day of _____, 20___

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 0 4 2024

**RETURN COPY**



D14910020

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL**
(Defendant)

**NUMBER C-752269  "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:    **CAPT. RODNEY WALKER
         222 ST. LOUIS STREET
         BATON ROUGE,  LA 70802**

GREETINGS:

        Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

        Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

        If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the ____ day of _____, 20__ and on the ____ day of _____, 20__ served on the above named party as follows: _____                                                                    @ 1315 Hrs.
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**       After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20__

SERVICE:$_____
MILEAGE$_____
TOTAL:   $_____                              Deputy Sheriff
                                                 Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 0 4 2024

**RETURN COPY**



D14910038

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL**
(Defendant)

**NUMBER C-752269  "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   EAST BATON ROUGE SHERIFFS OFFICE
          222 ST. LOUIS STREET
          BATON ROUGE,  LA 70802**

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**                        *O 1315*

Received on the _5_ day of _Sept_, 20_24_ and on the _5th_ day of _Sept_, 20_24_, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _The Commission Place (City Mary Edington)_

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**     After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _5th_ day of _Sept_, 20_24_.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office

SEP 0 4 2024

**RETURN COPY**



D14910046

# CITATION

CORHONDA CORLEY, ET AL
(Plaintiff)

VS

EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL
(Defendant)

NUMBER C-752269 "23"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:     SHERIFF SID GAUTREAUX III
        222 ST. LOUIS STREET
        BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed
with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was
requested by the filing party. Please read the petition for information concerning any claims that may have
been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the
petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard,
Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1.  **21 DAYS** of the date you were served with the petition; **OR**
2.  **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If
    no discovery request was included with your petition, you must instead adhere to the 21-day
    deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you.
Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of
Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: BRANSON, TARYN C.
*The following documents are attached:
PETITION FOR DAMAGES

**SERVICE INFORMATION:**                                       C 1315 H5

Received on the ___ day of _____, 20 24 and on the ___ day of _____, 20 24, served on the above named party as
follows:
PERSONAL SERVICE: On the party herein named at The Dominican Prep (by Mary Ellington)

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of
_____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:     After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone
legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this ___ day of _____, 20 24

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____                       Deputy Sheriff
                                    Parish of East Baton Rouge

**CITATION-2000**

RECEIVED

East Baton Rouge Sheriff Office

SEP 0 4 2024

**RETURN COPY**



**D14909956**

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL BOARD, ET AL**
(Defendant)

**TO:    LAMONT COLE**
**1050 S. FOSTER DRIVE**
**BATON ROUGE, LA 70806**

**NUMBER C-752269  "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

8 15/Ar

**SERVICE INFORMATION:**

Received on the 6th day of September, 20 24 and on the 9th day of September, 20____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at 1050 S. Foster Dr. (Tone Head)

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

*Rudolph Hyde* 5/25D
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 0 5 2024

**RETURN COPY**



*204*

D14909998

# CITATION

| | |
|---|---|
| **CORHONDA CORLEY, ET AL**<br>(Plaintiff) | **NUMBER C-752269 "23"** |
| | |
| **VS** | **19TH JUDICIAL DISTRICT COURT** |
| | |
| **EAST BATON ROUGE PARISH SCHOOL**<br>**BOARD, ET AL**<br>(Defendant) | **PARISH OF EAST BATON ROUGE**<br><br>**STATE OF LOUISIANA** |

**TO:    ADAM SMITH**
**1050 S. FOSTER DRIVE**
**BATON ROUGE, LA 70806**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
**\*The following documents are attached:**
**PETITION FOR DAMAGES**

## SERVICE INFORMATION:

Received on the 6th day of September, 20 24 and on the 9th day of September, 20 24, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at 1050 S. Foster Dr. (Tori Head)

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this 9th day of September, 20 24.

*Rudolph Hyde  51250*

Deputy Sheriff
Parish of East Baton Rouge

SERVICE:$_____
MILEAGES$_____
TOTAL:  $_____

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office

SEP 0 5 2024

**RETURN COPY**

*204*



**D14909972**

# CITATION

CORHONDA CORLEY, ET AL
(Plaintiff)

**VS**

EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL
(Defendant)

NUMBER C-752269  "23"

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   DADRIUS LANUS
      1050 S. FOSTER DRIVE
      BATON ROUGE,  LA 70806

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: BRANSON, TARYN C.
*The following documents are attached:
**PETITION FOR DAMAGES**

*815*

**SERVICE INFORMATION:**

Received on the _9th_ day of _September_, 20_24_ and on the _9th_ day of _September_ 20_24_, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _1050 S. Foster_    (_Toni Head_)

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _9th_ day of _September_, 20_24_.

_Rudolph Hyde 51252_

SERVICE:$_____                       Deputy Sheriff
MILEAGE$_____                 Parish of East Baton Rouge
TOTAL:  $_____

**CITATION-2000**

East Baton Rouge Sheriff Office
RECEIVED
SEP 0 5 2024

**RETURN COPY**

*204*

D14909980

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL**
(Defendant)

**NUMBER C-752269   "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:  **DR. SITO NARCISSE
1050 S. FOSTER DRIVE
BATON ROUGE,  LA 70806**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1.  **21 DAYS** of the date you were served with the petition; **OR**
2.  **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the ___ day of _September_, 20_24_ and on the ___ day of _September_, 20_24_, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _1050 S. Foster_ (Tori Head)

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _9th_ day of _September_, 20_24_

_Rudolph Hyde 51250_
Deputy Sheriff
Parish of East Baton Rouge

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 0 5 2024

**RETURN COPY**



**D14909964**

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL BOARD, ET AL**
(Defendant)

**NUMBER C-752269 "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   EAST BATON ROUGE PARISH SCHOOL BOARD**
**THROUGH ATTORNEY:**
**GWYNN SHAMLIN**
**1015 S. FOSTER DRIVE**
**BATON ROUGE,  LA 70806**

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**

*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: **BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

---

**SERVICE INFORMATION:**

Received on the _9_ day of _SEPT_, 20_24_ and on the _9_ day of _SEPT_, 20_24_, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _1050 S FOSTER_

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ___9___ day of _SEPT_, 20_24_



SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 05 2024

**RETURN COPY**



D14909964

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL BOARD, ET AL**
(Defendant)

**NUMBER C-752269  "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:  **EAST BATON ROUGE PARISH SCHOOL BOARD**
**THROUGH ATTORNEY:**
**GWYNN SHAMLIN**
**1015 S. FOSTER DRIVE**
**BATON ROUGE,  LA 70806**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**

*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

---

**SERVICE INFORMATION:**

Received on the 9 day of SEPT 2024 and on the 9 day of SEPT 2024, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at 1050 S FOSTER

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this 9 day of SEPT 2024



Deputy Sheriff
Parish of East Baton Rouge

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 05 2024

**RETURN COPY**



D14909998

# CITATION

| | |
|---|---|
| **CORHONDA CORLEY, ET AL**<br>**(Plaintiff)** | **NUMBER C-752269 "23"** |
| | **19TH JUDICIAL DISTRICT COURT** |
| **VS** | |
| | **PARISH OF EAST BATON ROUGE** |
| **EAST BATON ROUGE PARISH SCHOOL**<br>**BOARD, ET AL**<br>**(Defendant)** | **STATE OF LOUISIANA** |

**TO:    ADAM SMITH**
**1050 S. FOSTER DRIVE**
**BATON ROUGE,  LA 70806**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may be been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
**\*The following documents are attached:**
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**
Received on the 6th day of September, 20 24 and on the 9th day of September, 20 24, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at 1050 S. Foster Dr. (Torri Head)

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**       After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ 9th day of September, 20 24.

Rudolph Hyde 51250

SERVICE:$_____          *Deputy Sheriff*
MILEAGE$_____          Parish of East Baton Rouge
TOTAL:  $_____

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office

SEP 0 5 2024

**RETURN COPY**

*264*



**D14909972**

# CITATION

CORHONDA CORLEY, ET AL
(Plaintiff)

VS

EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL
(Defendant)

NUMBER C-752269  "23"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   DADRIUS LANUS
      1050 S. FOSTER DRIVE
      BATON ROUGE,  LA 70806

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:

1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: BRANSON, TARYN C.
*The following documents are attached:
PETITION FOR DAMAGES

*815*

---

**SERVICE INFORMATION:**

Received on the _9th_ day of _September_, 20_24_ and on the _9th_ day of _September_ 20_24_, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _1050 S. Foster_  _(Tara Head)_

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:      After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _9th_ day of _September_, 20_24_.

_Rudolph Hyde 51252_

SERVICE:$_____                    Deputy Sheriff
MILEAGE$_____                    Parish of East Baton Rouge
TOTAL:  $_____

CITATION-2000

East Baton Rouge Sheriff Office
RECEIVED
SEP 0 5 2024

**RETURN COPY**

*204*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**D14909980**

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL
BOARD, ET AL**
(Defendant)

**NUMBER C-752269  "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:    **DR. SITO NARCISSE**
        **1050 S. FOSTER DRIVE**
        **BATON ROUGE,  LA 70806**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

_____
SERVICE INFORMATION:

Received on the _Oth_ day of _September_, 20 _24_ and on the _9th_ day of _September_, 20 _24_, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _1050 S. Foster_   (Tara Head)

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**        After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _9th_ day of _September_, 20 _24_

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

_Rudolph Hyde 51250_
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 0 5 2024

**RETURN COPY**

204



**D14909956**

# CITATION

**CORHONDA CORLEY, ET AL**
(Plaintiff)

**VS**

**EAST BATON ROUGE PARISH SCHOOL BOARD, ET AL**
(Defendant)

**NUMBER C-752269  "23"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:    LAMONT COLE**
       **1050 S. FOSTER DRIVE**
       **BATON ROUGE, LA 70806**

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 28, 2024.**



*Tarika Sumler*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BRANSON, TARYN C.**
*The following documents are attached:
**PETITION FOR DAMAGES**

8 15/ /PR

**SERVICE INFORMATION:**

Received on the 6ᵗʰ day of September, 20 24 and on the 9ᵗʰ day of September, 20 ___, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at 1050 S. Foster Dr. (Tone Head)

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20 ___.

SERVICE:$_____
MILEAGES$_____
TOTAL:  $_____

Rudolph Hyde 5/2/20
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
East Baton Rouge Sheriff Office
SEP 0 5 2024